**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 14-cr-0033-WJM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.     **LUIS DANIEL VILLALBA-MORALES**,

        Defendant.

## ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES

Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of supervised release, it is hereby

**ORDERED** that defendant, LUIS DANIEL VILLALBA-MORALES, be allowed to travel to Ascension, Chihuahua, Mexico, from April 4, 2014, until April 6, 2014.

Dated this 19th day of March, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge