**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 14-cr-0033-WJM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.     LUIS DANIEL VILLALBA-MORALES,

        Defendant.

---

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**

---

Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of supervised release, it is hereby

**ORDERED** that defendant, LUIS DANIEL VILLALBA-MORALES, be allowed to travel to Ascension, Chihuahua, Mexico, from April 4, 2015, until April 11, 2015.

Dated this 13th day of March, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge